IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **Hemlock Semiconductor, LLC** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:15-cv-664 |
| | ) | |
| **Summit Process Design, Inc., Bruce Hazeltine, Alan Crawford Consulting, LLC, and Alan Crawford,** | ) ) ) | Judge Sharp Magistrate-Judge Bryant |
| | ) | |
| Defendants. | ) | |

**Memorandum of Law in Support of the Hazeltine Defendants' Motion to Enforce Settlement**

Defendants Summit Process Design, Inc., and Bruce Hazeltine (the "Hazeltine Defendants") hereby submit this memorandum in support of their Motion to Enforce Settlement.

[DOCUMENT FILED UNDER SEAL]

Respectfully submitted,

/s/Richard G. Sanders
Richard G. Sanders
Aaron & Sanders, PLLC
810 Dominican Dr., Ste. 208
Nashville, TN 37228-1906
(615) 734-0770
Fax (615) 250-9807
rick@aaronsanderslaw.com

**CERTIFICATE OF SERVICE**

       I hereby certify that a true and correct copy of the foregoing will be served via the Court's ECF system upon the following counsel of record on this 28th day of October 2015:

James A. DeLanis
Raquel Parker
Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C.
211 Commerce St., Ste. 800
Nashville, TN 37201

John L. Farringer
Lauren Z. Curry
Sherrard & Roe, PLC
150 Third Ave. S., Ste. 1100
Nashville, TN 37201

Mark A. Klapow
Crowell & Moring LLP
1001 Pennsylvania Ave. NW
Washington, DC 20004

Kevin J. Meek
Gavin R. Villareal
Baker Botts LLP
98 San Jacinto Blvd., Ste. 1500
Austin, TX 78701

                                              /s/ Richard G. Sanders
                                              Counsel for the Hazeltine Defendants