UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HEMLOCK SEMICONDUCTOR, L.L.C. AND HEMLOCK SEMICONDUCTOR CORP. | ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | Civil No. 3:15-cv-664 Judge Sharp |
| SUMMIT PROCESS DESIGN INC. AND BRUCE HAZELTINE | ) ) ) | |
| Defendants. | ) | |

## ORDER

For the reasons set out in the accompanying Memorandum, the Motion to Enforce Settlement (Docket No. 72) filed by Defendants Bruce Hazeltine and Summit Process Design, Inc. is GRANTED.

It is SO ORDERED.

The Clerk shall enter final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE